## ORDER

PER CURIAM

AND NOW, this 18th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Dale FOSTER, Petitioner**

No. 550 EAL 2016

Supreme Court of Pennsylvania.

April 18, 2017

## ORDER

PER CURIAM

AND NOW, this 18th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.

**Uliser GALDAMEZ, in His Own Right and as Administrator of the Estate of Olga Galdamez, Dec., and Jaylin Steffany Galdamez, Dec.**

v.

**U-HAUL CO. OF PENNSYLVANIA, U-Haul International, Inc. Americo, Jovan Martin, Miguel Rivera, Erjon Meni and Eri Vending Cart, Inc. Victoria Lee, Latajah Minton and Shalanda Wilson, P/N/G Samira China (a Minor)**

v.

**Uliser Galamez, in His Own Right and as Administrator of the Estate of Olga Galdamez, Dec., and Jaylin Steffany Galdamez, Dec. Kimberly Juarez, a Minor, By Elida Juarez, Natural Guardian**

Petition of: Miguel Rivera and Jovan Martin

No. 548 EAL 2016

Supreme Court of Pennsylvania.

April 18, 2017

## ORDER

PER CURIAM

AND NOW, this 18th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.

